UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MIGUEL ANGEL VALENCIA CORTES,

Petitioner,

v. Case No. 3:26-cv-516-MMH-PDB

WARDEN, BAKER CORRECTIONAL INSTITUTION and U.S. ATTORNEY GENERAL,

Respondents.

# ORDER

Petitioner Miguel Angel Valencia Cortes, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1; Petition). Cortes, a citizen of Colombia, asserts that he entered the United States on September 1, 2023. Id. at 4. According to Cortes, he has a pending asylum application. Id. Cortes alleges that United States Immigration and Customs Enforcement (ICE) recently detained him. Id. He argues that his detention under 8 U.S.C. § 1225—as opposed to § 1226—violates the Immigration and Nationality Act and the Fifth Amendment. Id. at 7–8. Cortes requests, inter alia, his immediate release. Id. at 8–9.

Before the Court is Cortes's Application for Temporary Restraining Order (Doc. 2; Motion). In the Motion, Cortes similarly asks the Court to direct

Respondents to release him from detention or direct them to conduct an individualized bond hearing within 72 hours. Id. at 8–9.

Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." Fernandez-Roque v. Smith, 671 F.2d 426, 429 (11th Cir. 1983). Here, Cortes seeks not to preserve the status quo, but to obtain the affirmative relief sought in the Petition on an expedited basis. Therefore, Cortes's Motion is due to be denied without prejudice.

Although the Court will deny Cortes's Motion, the Court will issue an expedited briefing schedule to resolve the merits of the Petition.

Accordingly, it is **ORDERED**:

1. Cortes's Application for Temporary Restraining Order (Doc. 2) is **DENIED without prejudice**.

2. The **Clerk of Court** shall send a copy of the Petition (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **certified mail** to the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; and the Attorney General

of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530. All costs of service shall be advanced by the United States.

3. Respondents, within **14 days** from the date of this Order, shall respond to the Petition, and show cause why the petition should not be granted.

4. If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

5. After Respondents file a response, Petitioner shall have **14 days** to file a reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of March, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 3/23
c: Miguel Angel Valencia Cortes, A245166993